**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7580**

---

OLIVER J. HAIRSTON, JR.,

Petitioner - Appellant,

versus

RONALD ANGELONE, Director of Corrections;
ATTORNEY GENERAL OF THE COMMONWEALTH OF
VIRGINIA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-98-384-R)

---

Submitted:  January 7, 1999          Decided:  January 20, 1999

---

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Oliver J. Hairston, Jr., Appellant Pro Se.  Jeffrey Scott Shapiro,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Oliver J. Hairston, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hairston v. Angelone, No. CA-98-384-R (W.D. Va. Sept. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2